Case 3:12-cv-00518-MEM   Document 39   Filed 03/10/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEANIE ELLWOOD,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:12-518 |
| v. | : (JUDGE MANNION) |
| **POCONO MEDICAL CENTER,** *et al.*, | : |
| Defendants | : |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion for summary judgment, (Doc. 35), is **GRANTED**;

(2) The clerk shall enter judgment in favor of the defendants, Pocono Medical Center, Brenda Fisher, Clayton Nottleman, and Vicky Sheppie;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 10, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-518-01-ORDER.wpd